UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

2011 AUG 16  PM 2: 06

| | |
|---|---|
| IN RE: | ) |
| Yelena G. Aleksenberg | ) |
| a/k/a Elena G. Aleksenberg | ) **CASE NO.: 06-23783-MBM** |
| a/k/a Ellen G. Aleksenberg, | ) **Chapter 7** |
| | ) |
| Debtor | ) |

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

Pavel Y. Aleksenberg (hereinafter "CLAIMANT"), respectfully requests this Court to enter an Order to Disburse Unclaimed Funds from the Court Registry that are owed to the CLAIMANT. The CLAIMANT states:

1. The trustee appointed by this Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $16,202.79. The CLAIMANT did not receive the funds because: CLAIMANT was out of the country and no attempts were made to contact him or his personal representative, Vera Rybak, who is a domiciliary of New York. Since CLAIMANT was not notified, he was unable to rightfully claim his funds.

2. On or about August 8, 2006, DEBTOR filed for bankruptcy in the Western District of Pennsylvania. See Exhibit A.

3. According to the Summary of Proposed Distribution, CLAIMANT, PAVEL Y. ALEKSENBERG is owed $16,202.79. See Exhibit B.

4. The DEBTOR was discharged and a Final Report and Account of the Trustee was filed. See Exhibit C.

5. There is no dispute or controversy as to these funds, their availability or to whom they belong.

WHEREFORE, CLAIMANT requests that the Court enter an order directing the Clerk of the Court to withdraw and disburse said funds in the Court Registry to Claimant.

Dated: August 15, 2011
       Brooklyn, New York

Respectfully Submitted,

*Diana Bronstein*

Signature of CLAIMANT's Representative

*DIANA BRONSTEIN*

Printed Name of CLAIMANT's Representative

*161 Brighton 11th Street, Suite 8 & 9, Brooklyn, N.Y. 11235*

Complete Address of CLAIMANT's Representative

*(718) 615 -2933 T.*

Phone Number of CLAIMANT's Representative

To:
The Clerk of the Court
United States Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Trustee
Carlota M. Bohm
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222-1005

United States Attorney for the Western District of PA
David J. Hickton
U. S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

Yelena G. Aleksenberg
101 Mount Lebanon Blvd.
Apartment #18
Mount Lebanon, PA 15228

Mark S. Seewald
*Attorney for Debtor*
1600 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219